LAW OFFICE OF

# RICHARD E. SIGNORELLI

## ATTORNEY AT LAW

799 Broadway, Suite 539, New York, New York  10003
Telephone:  (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396

rsignorelli@nycLITIGATOR.com℠

www.nycLITIGATOR.com℠

December 2, 2014

**Via ECF**

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Speights v. City of New York et al., 13 CV 1200 (RJD) (VVP)

Dear Judge Dearie:

      Our office represents defendant Michelle Williams in the above-referenced matter.  A pre-motion conference has been scheduled to take place on December 12, 2014 at 1030a.m. However, I write to advise Your Honor and plaintiff's counsel that on November 25, 2014, Ms. Williams filed for bankruptcy in the District of Delaware (Bankruptcy Petition 14-12619-css). Pursuant to 11 U.S.C. § 362, this litigation is automatically stayed until the resolution of Ms. Williams' bankruptcy petition. Accordingly, I respectfully request the adjournment of the pre-motion conference and all other proceedings in this case until the automatic stay is lifted. Thank you for Your Honor's consideration of this matter.

      Respectfully submitted,

      /s/ Richard E. Signorelli

      Richard E. Signorelli

cc:    Victor A. Dunlop (via ECF)

      SO ORDERED:

      _____
      U.S.D.J.